# THE ATTORNEY GENERAL
## OF TEXAS
### AUSTIN, TEXAS 78711



CRAWFORD C. MARTIN
ATTORNEY GENERAL

April 23, 1971

Hon. J. W. Crumley                Opinion No. M-841
Assistant County Attorney
Wood County Courthouse           Re: May any of the following
Quitman, Texas    75783               expenses be paid out of
                                      the Interest and Sinking
                                      Fund maintained to retire
                                      Wood County Flood Control
                                      Bonds:   (1) Lake keepers
                                      salaries; (2) Upkeep and
                                      insurance on lake keepers
                                      homes on county lake prop-
                                      erty; (3) Electricity for
                                      county lakes; (4) Patrol
                                      boats and motors; and, (5)
                                      Cost and repair of trucks
                                      involved in the mainte-
Dear Mr. Crumley:                     nance of the lakes.

     You have written our office and asked the following
question:

          "Would it be legal to pay out of the Inter-
          est and Sinking Fund for the Wood County
          Flood Control Bonds the following expenses:

          1.  Lake keepers salaries;

          2.  Upkeep and insurance on lake keepers
              homes on county lake property;

          3.  Electricity for county lakes;

          4.  Patrol boats and motors; and,

          5.  Cost and repair of trucks involved in
              the maintenance of the lakes?"

     Article 839, V.C.S., states:

          "No city or county treasurer shall honor
          any draft upon the interest and sinking
          fund provided for any of the bonds of
          such city or county, nor pay out nor di-
          vert any of the same, except for the pur-
          pose of paying the interest on such bonds

> or for redeeming the same, or for invest-
> ment in such securities as may be pro-
> vided by law."

The language of the statute is quite specific in its prohibition that the money in interest and sinking funds provided for bonds may be used only for the purpose of paying interest on the bonds or for redeeming the same, or for investment in such securities as may be provided by law, and for no other purpose.

In addition, Attorney General's Opinion WW-1084 (1961), a copy of which is enclosed, states:

> "The moneys in the interest and sinking
> funds may not be used for additional pro-
> jects since such moneys may be used only
> for the purpose of paying the interest
> on such bonds, or redeeming the same,
> or for investment in securities as may
> be provided by law..."

Therefore, the answer to your question is no.

S U M M A R Y

> Interest and Sinking Funds provided for
> bonds of any city or county may be used
> only for the purpose of paying the inter-
> est on such bonds or for redeeming the
> same, or for investments in such securi-
> ties as may be provided by law, and for
> no other purpose.

Yours very truly,

CRAWFORD C. MARTIN
Attorney General of Texas

by: NOLA WHITE
First Assistant

-4080-

Prepared by A. J. Gallerano
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Kerns Taylor, Chairman
W. E. Allen, Co-Chairman

Bob Lattimore
Hal Sharpley
Jack Goodman
John Reeves

MEADE F. GRIFFIN
Staff Legal Assistant

ALFRED WALKER
Executive Assistant